Urbanski Unemployment Compensation Case.

Argued September 17, 1970. *Michalina Urbanski,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.